# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>　　　Plaintiff,<br><br>　v.<br><br>KENZO ESTATE, INC., a California Corporation,<br><br>　　　Defendants. | **Case No.** 4:21-cv-09394-HSG<br><br>ORDER |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file documents to reopen the matter, if at all, shall be extended up to and including April 26, 2022.

**IT IS SO ORDERED.**

Dated: 3/22/2022

　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　HONORABLE HAYWOOD S GILLIAM, JR.
　　　　　　　　　　　　　　　　　United States District Judge

1